IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 22 1999

Michael N. Milby, Clerk

| | |
|---|---|
| ALICIA GIMENEZ, § § Plaintiff, § § v. § § UNIVERSITY OF TEXAS HEALTH § SCIENCE CENTER, et al., § § Defendants. § | CIVIL ACTION NO. H-99-2638 |

### FINAL JUDGMENT

In accordance with the reasons stated today in open court, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 19th day of November, 1999.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

n:\files\fj\99-2638